UNITED STATES DISTRICT COURT

FOR THE

DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FERNANDO JESUS,<br>    *Plaintiff*,<br><br>v.<br><br><br>UNITED STATES OF AMERICA,<br>    *Defendant*. | CASE NO. : 1:24-cv-12169<br><br>COMPLAINT<br>and<br>JURY DEMAND |

The Plaintiff, Fernando Jesus, complaining of Defendant, hereby alleges the following:

### JURISDICTION AND VENUE

1. Jurisdiction is founded on Title 28, U.S.C. Sections 1331, 1341, and 1345 (1)(2)(3)(4) and the aforementioned statutory and constitutional provisions. The amount of controversy is unliquidated but is expected to exceed $75,000.00 including interest and costs.

2. Subject matter jurisdiction is based upon a lawsuit against the federal government or one of its agencies pursuant to Title 28, U.S.C. Section 1332.

3. Plaintiff respectfully requests this Honorable Court to invoke the pendent jurisdiction of this Court pursuant to U.S.C. Title 28, Section 1367, to consider claims arising under state law as these claims form part of the same case or controversy.

4. Venue is properly laid in the District Court of Massachusetts pursuant to U.S.C. Title 28, Section 1392 as the acts complained of occurred in the Commonwealth of Massachusetts, and all parties are located within the Commonwealth of Massachusetts.

5. On or around December 26, 2023, Plaintiff submitted a claim for damages, injury, or death for a sum certain pursuant to the terms of the Federal Tort Claims Act to the U.S. Postal Service, to the attention of Michael Joosten, Tort Claims Coordinator.

## PARTIES

6. At all relevant times, the Plaintiff, Fernando Jesus, was a resident of the Town of Brockton, Plymouth County, Commonwealth of Massachusetts.

7. The United States of America ("U.S.A.") is a Defendant.

8. The United States Post Office ("USPS") is a federal agency of the United States of America.

## COUNT ONE – RESPONDEAT SUPERIOR/AGENCY
## FERNANDO JESUS v. U.S.A.

9. The Plaintiff repeat, reallege, and incorporate by reference as if set forth hereto in their entirety paragraphs 1 through 8 of this Complaint.

10. On or about March 10, 2022, the Plaintiff, Fernando Jesus, was operating a motor vehicle on Congress Street, at or near the intersection of Congress Street, West Service Road Extension, and Boston Wharf Road in Boston, Massachusetts.

11. At the same time and place, The Defendant's Employee was operating a motor vehicle, traveling directly behind the Plaintiff's vehicle on Congress Street at or near the intersection of Congress Street, West Service Road Extension, and Boston Wharf Road in Boston, Massachusetts.

12. As the Plaintiff's vehicle slowed in response to traffic, the Defendant's Employee, failed to maintain a safe distance, failed to properly apply the brakes, and struck the rear of the Plaintiff's vehicle.

13. At the same time and place, the Defendant's Employee, was operating a motor vehicle owned by the United States of America while under the course of their employment with the United States Postal Service.

14. At the same time and place, the Defendant's Employee was operating the Defendant's vehicle within the scope of their employment with the United States Postal Service and for the benefit of the United States of America.

15. Under the theories of respondeat superior and agency, the United States of America is liable for the negligence of its employees and agents while working within the scope of their employment and for the benefit of the United States of America.

16. As a result of the negligence of the Defendant, the Plaintiff sustained injuries of mind and body, incurred expenses for medical care and attendance, and his vehicle was damaged.

WHEREFORE, the Plaintiff, Fernando Jesus, demands judgment against the Defendant, plus interest and costs of this action.

**THE PLAINTIFF DEMANDS TRIAL BY JURY ON ALL COUNTS.**

                                              Respectfully Submitted,
                                              The Plaintiff,

                                              FERNANDO JESUS,
                                              By his attorneys,

                                              MORGAN & MORGAN,

                                              _/s/ Isabella M. Bua_
                                              Isabella M. Bua, BBO# 710794
                                              155 Federal Street, 15th Floor
                                              Boston, MA 02110
                                              (857) 383-4909
                                              ibua@forthepeople.com

Dated: <u>August 23, 2024</u>